SIDLEY AUSTIN LLP
Gordon D. Todd
gtodd@sidley.com
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

*Attorneys for Defendant Clear Channel Outdoor, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America ex rel., County of Clark ex rel., Michael Overbo,<br><br>Plaintiffs,<br><br>vs.<br><br>Clear Channel Outdoor, LLC,<br><br>Defendant. | Case No. 2:20-cv-01497-JAD-BNW<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>Assigned to: Judge Jennifer A. Dorsey<br><br>[ECF No. 13] |

Gordon D. Todd, Petitioner, respectfully represents to the Court:

1. I am a Partner with Sidley Austin, LLP with my office located at 1501 K Street, N.W., Washington, D.C. 20005.

2. I am not a resident of the State of Nevada, nor am I regularly employed in the State of Nevada.

3. I have been retained by defendant Clear Channel Outdoor, LLC, a Delaware limited liability company ("Client"), registered to do business in Nevada, in regard to the above-captioned matter.

4. I regularly practice law. Since October 6, 2000, I have been and presently remain a member in good standing of the bar of the State of Virginia. My Virginia State Bar number is 45934. Since December 3, 2001, I have been and presently remain a member in good standing of the bar of the District of Columbia. My D.C. bar number is 475203. Attached are certificates from the Virginia and D.C. state bars certifying my membership therein is in good standing.

4873-8809-3260v.2

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL
Case No. 2:20-cv-01497-JAD-BNW

5. I am admitted to practice before the following courts.

| Court | Date Admitted |
|---|---|
| United States Supreme Court | January 1, 2007 |
| Court of International Trade | July 9, 2014 |
| Court of Federal Claims | July 19, 2002 |
| **United States Court of Appeals for:** | |
| D.C. Circuit | August 5, 2002 |
| Fourth Circuit | January 1, 2014 |
| Fifth Circuit | August 1, 2015 |
| Sixth Circuit | October 7, 2015 |
| Eighth Circuit | June 6, 2001 |
| Ninth Circuit | March 1, 2020 |
| Tenth Circuit | December 4, 2008 |
| Eleventh Circuit | June 1, 2020 |
| Federal Circuit | June 13, 2018 |
| **United States District Court for:** | |
| District of Columbia | August 5, 2002 |
| Middle District of Florida | February 8, 2011 |
| Eastern District of Michigan | October 5, 2011 |
| Western District of Virginia | March 1, 2016 |
| Eastern District of Virginia | May 3, 2019 |

6. I am not currently suspended or disbarred in any court.

7. I am not currently subject to any disciplinary proceedings by any organization with authority to discipline attorneys at law, nor have I ever received any public discipline including, but not limited to, suspension or disbarment, by any organization with authority to discipline attorneys at law.

8. I have not filed any applications to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years.

4873-8809-3260v.2

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL
CASE NO. 2:20-CV-01497-JAD-BNW

9. I consent to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extends as a member of the State Bar of Nevada.

10. I agree to comply with the standards of professional conduct required of the members of the bar of this court.

11. I have disclosed in writing to my Client that I am not admitted to practice in this jurisdiction and the Client has consented to my representation.

Petitioner respectfully prays that he be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

SIDLEY AUSTIN LLP

By: _____
Gordon D. Todd
Counsel for Defendant Clear Channel Outdoor, LLC

DISTRICT OF COLUMBIA     ) :SS
                         )

Gordon D. Todd, being first duly sworn, deposes and says that the foregoing statements are true.

_____
Gordon D. Todd

Subscribed and sworn to before me this 25th of January 2023, by Gordon D. Todd

_____
Notary Public

LEIGH TRAN
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires January 14, 2026

4873-8809-3260v.2

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL
CASE NO. 2:20-CV-01497-JAD-BNW

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client to designate Amy L. Sugden, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is: 9728 S. Gilespie Street, Las Vegas, NV 89183, (702) 625-3605, amy@sugdenlaw.com.

By this designation, the petitioner and undersigned parties agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party appoints Amy L. Sugden as its Designated Resident Nevada Counsel in this case.

CLEAR CHANNEL OUTDOOR, LLC

By: *DEBRA SIROWER*
DEBRA SIROWER (Feb 1, 2023 11:41 MST)
Debra Sirower

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

SUGDEN LAW

By: /s/ Amy L. Sugden
Amy L. Sugden
Bar No. 998
amy@sugdenlaw.com

APPROVED:

Dated this **1st** day of February 2023.

/s/
UNITED STATES DISTRICT JUDGE

4873-8809-3260v.2

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL
CASE NO. 2:20-CV-01497-JAD-BNW