**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America ex rel., County of Clark, Nevada, ex rel., and Michael Overbo, <br><br> Plaintiffs <br> v. <br><br> Clear Channel Outdoor, LLC, <br> Defendant | Case No.: 2:20-cv-01497-JAD-BNW <br><br> **Order Granting Motion to Dismiss and Closing Case** <br><br> [ECF No. 14] |

Plaintiff Michael Overbo's deadline to respond to Clear Channel Outdoor, LLC's motion to dismiss for failure to serve[1] expired on February 15, 2023. To date, no response has been filed. Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion."[2] I apply Local Rule 7-2(d) and deem plaintiff's failure to oppose the motion to dismiss as consent to granting it. Accordingly,

IT IS HEREBY ORDERED that Clear Channel Outdoor, LLC's motion to dismiss **[ECF No. 14] is GRANTED. The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
February 28, 2023

---

[1] ECF No. 14.

[2] L.R. 7-2(d).